449

**Vernon TERRELL, Movant, v. COMMON-WEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Oct. 9, 1953.

Robert J. Watson, Middlesboro, for movant.

J. D. Buckman, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Bell Circuit Court. Judgment of conviction for the use by a male of abusive and insulting language with the intent to insult a female. $50 fine. The facts, questions raised, authorities cited and applicable law have been carefully considered by the Court.

Appeal denied. Judgment affirmed.

**Fred BLYTHE, Appellant, v. COMMON-WEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 9, 1953.

John S. Cary, Sam A. Cary, Burkesville, for appellant.

J. D. Buckman, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This record presents a motion for appeal from the Cumberland Circuit Court by Fred Blythe from a judgment convicting him of maintaining a common nuisance, and fixing his punishment at confinement in jail for a period of six months and a fine of $500.

A consideration of the record discloses no error prejudicial to appellant's substantial rights and the judgment is affirmed.

**James BAKER, Movant, v. COMMON-WEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Oct. 9, 1953.

S. M. Ward, Hazard, for appellant.

J. D. Buckman, Jr., Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Perry Circuit Court. Judgment of conviction for renting rooms for the purpose of prostitution in violation of KRS 436.075. $200 fine and 6 months in jail. The facts, questions raised, authorities cited and applicable law have been carefully considered.

Judgment affirmed.